**IN THE UNITED STATES DISTRICT**

**COURT, FOR NEW YORK STATE,**

**ROCHESTER, NEW YORK**

**IN RE: DARYL HURSTON,**

THE PLAINTIFF(S)

MRS. LUCY PARKER,                                        26-cv-6219   EAW

DOYE HEARD,                                     **CASE NO.**: TO BE DESIGNATED

   DESCENDANTS/CLAIMANTS.

**-VERSES-**

**IN RE: DARYL HURSTON,**

TAYLOR, RASHAD, A.

FERNANDEZ, JOSE,

D&D REAL ESTATE CONCIERGE, L.L.C.

A.A.V INVESTMENTS, L.L.C. & ADVANCE

TECHNICAL CONSTRUCTION COMPANY (MR. MULLER)

TITLE NOW, L.L.C.

LISA WOOTEN,

HALL, FERGUSON, HEWITT (MORTUARY),

AMWINS, AUTO INSURANCE CO.,

CITY OF MIAMI, FINANCE DEPARTMENT, (LUCHI MORLA),

DADE COUNTY FEDERAL CREDIT UNION, et.al.,

   DEFENDANT(S)/RESPONDENT(S).

# PROBATE/CIVIL CLAIM

# FRAUDULENT EXPLOITATION OF

# THE ELDERLY, DESCENDANTS/CLAIMANTS,

# BENEFICIARIES, EXTRINSIC AND INTRINSIC FRAUD

---

THE Plaintiff(s), **Mrs. Lucy Parker and Doye Heard, both are United States Citizens,** over the ages of seventy-five (75) and seventy-four(74) respectively, files this Action/Civil Complaint alleging the Defendant(s), **EACH**, acting in their (his or her) individual /personal and/or official, professional capacity(s) did act to orchestrate, collaborate, corroborate and conspire to commit "exploitation of the elderly Plaintiffs for profit, self-enrichment; by and through the TRUST and BAD FAITH RESOLUTION OF THE ESTATE OF DARYL HURSTON. The proceedings and improper exercise of power, misrepresentation, distributions of funds, egregious advantage taking by means of FRAUD, commit against the Estate, descendants, and beneficiaries, in the ESTATE OF DARYL HURSTON, In Case No.: 2023-002943-CP-02, Section: PMH06, Before/presiding Judge Jose FERNANDEZ…

The Plaintiffs under penalty of perjury files this Complaint in accordance with the appropriate Governing Federal Rules of Civil Procedures, in and for Good Cause and In Good Faith, and the Defendants, knew or should have known, The Estate of the Deceased, Mr. Hurston, was or should have been subject to the legal, proper restraints, governed by DUE PROCESS AND THE PROCESS OF OFFER, CONSIDERATION AND AGREEMENT, OF THE PLAINTIFFS and/or the Plaintiffs' each representative.

## PARTIES TO THIS ACTION:

## PLAINTIFFS: IN RE: ESTATE OF DARYL HURSTON

(1). Mrs. Lucy Parker, seventy-five (75) year old, senior citizen of the United States, native of Miami, Florida, currently always residing in the State of New York and relevant to this Complaint, City of Rochester.

2

(2). Doye Heard, seventy-four (74) year old, senior citizen of the United States, also a Native of Miami, Florida, currently addressed, 1579 Monroe Drive, N.E., Atlanta, Georgia (ste.F-806).

**DEFENDANTS**:  IN RE: DARYL HURSTON –ALL Defendants in both/all capacities

(1). The Estate and Estate Proceeds of the Deceased Nephew of Plaintiffs', Mr. Daryl Hurston, deliberate destruction and /or obstruction of Probate, Civil Rights, lack of Due Process and violation of the Exploitation Statutes protection of the descendants/elderly U.S. Citizens.

(2). Taylor, Rashad A., self-appointed representative of the Estate of Daryl Hurston's Probate Proceedings, absent, contract, consideration and agreement of/by descendants, did sabotage and took advantage of the descendants lack of knowledge of probate and each vulnerability(s), using FLA.BAR #87966, Mr. Taylor, Rashad, continue to hold and/or withhold a "Check in the amount of sixty-six(66) plus thousand dollars, send to be a part and included in the Estate of Mr. Daryl Hurston, to wit: the aforementioned "Check" has not materialized, been added to the Estate, and Mr. Taylor's claims have gone unverified.

(3). Fernandez Jose, acting in position of presiding administrator, fail to make, extend "Good Faith "participation, by keeping parties abreast, informed, noticed of the probate decisions, determinations, actions, and current filings, status, by entering and delivering orders of the Court to all parties.

(4). D&D Real Estate Concierge, L.L.C., actors did take advantage of the Decease's Estate's lack of proper management, vulnerability and lack of concern for "Due Process" offer, consideration, and agreement of each Estate's Descendant, without notice, waiver, consent predicated solely on the actions of the alleged representative.

(5). A,A.V Investments, L.L.C. and Advance Technical Construction Company (Mr. Muller) contact, knew or should have known to acquire property, proceedings (by and Through) an Estate involved in a probate settlement, pending last, final and legal settlement agreements, absent, offer, consideration and agreement, in accordance with the administrative powers under Due Process of Law, Florida Probate Codes, for residents and non-Florida Residents, for sole purpose of self,

3

company, organization, Entity enrichments, would violate civil, ethical, moral systems of practice and fair trade conduct/representing misconduct.

(6). Title Now, L.L.C. Inc., actor involved, did produce, research, participate, Issue and/or otherwise assist to expedite, facilitate (factitious) conduct associated with title, deeds and claims processed against the Estate of Daryl Hurston, in Bad Faith absent offers, consent, waivers, consideration and agreement of involving (ALL) parties, descendants, beneficiaries of interest, during execution of the Probate Administration and settlement process, to the detriment of the Plaintiffs' Rights.

(7). Lisa Wooten, actor, perpetrator of falsifying documents, statements and claims to the Insurance Policies, committing Fraudulent affidavits, entitlements, unlawful, illegal and wrongful actions to self-enrichment, benefits, belonging to the Estate and the Estate Proceedings, Estate of Daryl Hurston, to the detriment of the Rightful Heirs.

(8). Hall, Ferguson, Hewitt Mortuary, actors, did conspire with the above actor (Wooten, Lisa) to falsify, collect and participate in an/the unlawful scheme to perpetrate, continue "Insurance Fraud" to facilitate, expedite funeral bill payments, by fraudulent representation/ misrepresentation absent probate administration of final orders, in accordance with Florida Probate Codes.

(9). Amwins, Insurance Company (Auto), actor, did-does continue to maintain the deceased's Policy, pay-out, and belongings to the Estate of Daryl Hurston in "Bad Faith", by failing to "Notice" informs comply with the State and Federal Commissions, conduct and procedures, to place Mr. Hurston's assets, policies requirements into Probate, Estate Resolution settlement proceedings.

(10). The City of Miami, Florida, Finance Department, (Luchi Morla) one of the many actors in failing to Notice Parties of the intended demolition Liens/ and destruction of said Estate Property, 4211 N.W. 11th Avenue, Miami-Dade County, Florida, absent any "Notice" offer, consideration and agreement, claim alleged to be filed against the deceased, Daryl Hurston, on or about August 4th, 2023, after Mr. Hurston's death, in March 2023, before the Probate Administration's determination of who, when, what and how the property was to be settled, without Notice, offer, consent, consideration and/or agreement of ALL parties..

(11). Dade County Federal Credit Union/ Life Insurance Division, actors, in position of Mr. Daryl Hurston, the Deceased's Life Insurance benefits and Policy, which should have been entered and made a viable part of the Estate of Daryl Hurston, the Defendants, fail to admit, submit, enter, include as descendants/beneficiaries inherent part of the Estate's Probate Proceedings for determination and distribution as required and expected under the Rights and law, DUE PROCESS…

### STATEMENT OF THE RELEVANT FACTS:

On or about, August 13th, 2024, at approximately (7:19 P.M.), **NOTE;** after normal operating/operation Probate Court Hours, an alleged, dubious "FINAL ORDER", was supposedly decided and entered in CASE NO.: 2023-002943-CP-02, to the detriment of the Plaintiffs, descendants, beneficiaries and to this Cause without providing Notice, consent or waivers to  each (ALL) parties, specifically and particularly those represented/or not represented by counsel/attorney or Estate representative, Both Mrs. Lucy Parker and Mr. Doye Heard, elderly citizens, who were not properly timely noticed or informed of the Court's INTENT, in this "Final Order" decision.

The Defendants, each in their (his or her) professional, official, and individual, personal capacity(s) did take advantage of the (EACH) plaintiffs' status-station in life for personal, professional, and individual enrichment, to hurt, harm, injure and cause damage and loss to the plaintiffs.

The Estate of Daryl Hurston was originally assessed (valued) estimated to be approximately one half (1/2) of a million dollars, five hundred ($500,000.00) thousand dollars.  At the stage of alleged distribution, approximately one- hundred and two (2) dollars ($102,000.00) was issued, divided among /between three (3) of the descendants, Mr.Doye Heard, was not included in the distribution of those funds.  Each of the three recipients received approximately thirty-four (34) thousand dollars ($34,000.00).  After attempts to have the sums and the distribution re-audited, re-evaluated, reviewed, Mr. Heard, the fourth descendant received approximately twenty-five(25) thousand dollars,($25,000.00), the balance of the Estate remains unaccounted for, has not been accounted for , nor has any other or further distribution, litigations, probate proceedings and or determinations been forthcoming, advised or under taking.

5

The Estate's Assets, property, house, home, car, land, Insurance Policies, (Life, Car and Home), Employee's (401-K) and the above-mentioned check for sixty-six (66,000.00) thousand dollars has gone missing, unaccounted, silent, AWOL and no answers to date. The Estate's assets have been pilferage, divided among the defendants without regard or consent, waiver, notice or consideration. The deceased's house was subject to arson to collect the insurance and steal the property, at 4211 N.W. 11th Avenue, Miami, Florida, no fire investigation took place to plaintiffs' knowledge and Estate is sabotaged for profit. The alleged Estate Representative moved by petition to sale the property for no-less than two hundred ($200,000.00) thousand dollars and sold the property for less than one-hundred and forty ($140,000.00) dollars.

Before any objections, notices, waivers, consents or intervention by Court order of Postponement the property and assets were bartered, pilferage, stolen, fraudulently, claimed, represented, misrepresented and sabotaged, destroyed beyond recovery, restoration, repair. The Estate has been irreparably loss, damaged and injured to the detriment of the plaintiffs, who now seeks closure.

Each Actor, it seems because of the Plaintiffs AGES, expect the plaintiffs to die, and leave this work undone. And let the TRUTH OF THIS MATTER DIE WITH THEM (THE PLAINTIFFS). Each actor- Defendant herein cited, named, identified, profiteer(s), did commit the act of "FRAUD" participation **"EXTRINSIC AND/OR INTRINSIC"** DID CORROBORATE, COLLABORATE AND CONSPIRE, knowingly or should have known, knew or should have known, assets, belonging to the Estate of the Deceased are not for auction, barter, to be sold, purchased or otherwise obtained without full measure of Due Process under color of both State and Federal Constitutional Law(s), as has/is the case herein, open Estate Claims…

## CONCLUSION AND RELIEF:

The Plaintiffs seeks compensation for pain, suffering, physical, emotional and mental anguish, medical reimbursement for medication and treatments this unfortunate situation has caused, in the expressed amount of three(3) point four (4)

6

million dollars and punitive relief associated with the Plaintiffs Lack of Closure and Defendants insensitivities.

(1).  Further relief is sought in the form Court Orders, INJUCTIONS, RESTRAINING ORDER, CEASE AND DESIST ORDERS, against the construction and the construction company "Advance Technical" and its superiors' companies, agents, defendants associated with the building, rebuilding, construction of the Estate Property, located, at 4211 N.W. 11th Avenue, Miami, Florida, 33127-2706.

(2). The Plaintiffs seeks, "Lien" Court ordered, against property, assets, professional license(s) and practices to prevent further ill business practices, trade, and/or negotiations, (bartering) license to practice "LAW" (R.A.Taylor, Fla. Bar # 87966), D&D Real Estate Concierge, A.A.V Investments,L.L.C., Advance Technical Construction Company,  Title Now, L.L.C., Lisa Wooten's (Insurance Fraud practices), Hall, Ferguson, Hewitt Mortuary's(Participation in Insurance Fraud), Amwins, Insurance, Practices and withholding of Policy benefits(coverage), and The City of Miami, Florida, finance department and Dade county Federal Credit Union's withholding of the EMPLOYEE'S (401-K) BENEFITS belonging and entitlements to the Estate of Daryl Hurston

**WHEREFORE**, THE Plaintiffs being senior, elderly citizens, prays the Honorable Court take the physical, mental, and emotional well-being and Lack thereof, into consideration in assignment of the "TRACK" and appointment of Counsel in the handling/management of this Cause and Grant the Relief, this Court Deems, Just, Equitable and appropriate, it be so prayed, this _09th_ day of February 2026.

Respectfully Submitted

_____

Mrs.Lucy Parker and Doye Heard

Plaintiffs.

7

# APPENDIX

# CASE SUMMARY
## CASE NO. 2023-002943-CP-02

IN RE: Hurston, Daryl

§
§
§
§
§

Location: **Estates**
Judicial Officer: **Section, PMH 06**
Filed on: **06/16/2023**
State Case Number: **132023CP002943000002**

---

### CASE INFORMATION

**Statistical Closures**

| | |
|---|---|
| 08/14/2024 | Disposed By Judge |
| 06/25/2024 | Vacate Closure - Case is Active |
| 06/04/2024 | Disposed By Judge |
| 04/16/2024 | Vacate Closure - Case is Active |
| 03/31/2024 | Disposed By Judge |
| 03/31/2024 | Disposed By Judge |
| 09/14/2023 | Disposed By Judge |

Case Type: **FORMAL ADMINISTRATION**

Case Status:

| | |
|---|---|
| **08/14/2024** | **Closed** |
| 06/25/2024 | Reopen |
| 06/04/2024 | Closed |
| 04/16/2024 | Reopen - Disposition Set Aside |
| 04/16/2024 | Reopen |
| 02/19/2024 | (PJ) Reopen Active |
| 09/14/2023 | Closed |
| 06/16/2023 | Open |

Case Flags: **Contested Case**

---

| DATE | CASE ASSIGNMENT |
|---|---|

**Current Case Assignment**

| | |
|---|---|
| Case Number | 2023-002943-CP-02 |
| Court | Estates |
| Date Assigned | 06/16/2023 |
| Judicial Officer | Section, PMH 06 |

---

### PARTY INFORMATION

*Lead Attorneys*

| | | |
|---|---|---|
| Decedent | **Hurston, Daryl** | |
| Petitioner | **Parker, Lucy** | Taylor, Rashad A. |
| | | *Retained* |
| | | 305-934-7321(W) |

---

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 06/16/2023 | 🖼 Petition for Administration | *Vol./Book 33759, Page 4071, 3 pages Instrument # 20230424584 Index # 1* |
| 06/17/2023 | Receipt: *Receipt#:3060037 Amt Paid:$401.00 Name:TAYLOR, RASHAD A. 11820 MIRAMAR PKWY STE 213 MIRAMAR FL 33025-5818 Comment: Allocation Code Quantity Unit Amount 3400-Probate CP Filing 1 $401.00 $401.00 Tender Type:eFilings Tender Amt:$401.00 Receipt Date:06/17/2023 Register#:306 Cashier:EFilingUser* | *Index # 2* |
| 08/04/2023 | 🖼 Claim Filed Against Estate *FROM FPL $132.10* | *Index # 3* |

*Printed on 02/03/2026 at 2:15 PM*

# CASE SUMMARY
## CASE NO. 2023-002943-CP-02

| | | |
|---|---|---|
| 08/16/2023 | Claim Filed Against Estate<br>*FROM CAPITAL ONE NA CAPITAL ONE CASH $735.00* | *Index # 4* |
| 08/18/2023 | Order to Progress Case | *Index # 5* |
| 08/23/2023 | Claim Filed Against Estate<br>*FROM JPMORGAN CHASE BANK NA $2,654.28* | *Index # 6* |
| 08/23/2023 | Claim Filed Against Estate<br>*FROM JPMORGAN CHASE BANK NA $1,031.32* | *Index # 7* |
| 09/14/2023 | Order of Dismissal | *Vol./Book 33887,<br>Page 4506, 2 pages<br>Instrument #<br>20230661996<br>Index # 8* |
| 09/14/2023 | SRS Disposed by Judge (Case Status Closed) | *Index # 9* |
| 11/13/2023 | Petition to Reopen<br>*ESTATE FOR FURTHER ADMINISTRATION* | *Index # 11* |
| 11/14/2023 | Caveat Filed<br>*Caveat Proceedings* | *Index # 10* |
| 12/14/2023 | Request:<br>*BENEFICIARY REQUEST FOR COURT TO APPOINT PROBATE COUNSEL* | *Index # 12* |
| 01/16/2024 | Copy of:<br>*WITHDRAWAL OF CLAIM* | *Index # 13* |
| 01/31/2024 | Petition for Summary Administration | *Vol./Book 34100,<br>Page 712, 3 pages<br>Instrument #<br>20240132497<br>Index # 14* |
| 01/31/2024 | Joinder, Waiver And Consent<br>*ADRIENNE CLEMMONS* | *Index # 15* |
| 02/14/2024 | Petition to Reopen | *Index # 16* |
| 02/19/2024 | Order to Reopen Case Post-Judgment | *Index # 22* |
| 02/20/2024 | Petition for Summary Administration | *Vol./Book 34100,<br>Page 712, 3 pages<br>Instrument #<br>20240132497<br>Index # 17* |
| 02/20/2024 | Affidavit of No Florida Estate Tax Due | *Index # 18* |
| 02/20/2024 | Affidavit of Heirs | *Index # 19* |
| 02/20/2024 | Petition for Det of Heirs/benef/homest | *Index # 20* |

*Printed on 02/03/2026 at 2:15 PM*

# CASE SUMMARY
## CASE NO. 2023-002943-CP-02

| | | |
|---|---|---|
| 02/20/2024 | Joinder, Waiver And Consent<br>*FROM ADRIENNE CLEMMONS* | *Index # 21* |
| 02/23/2024 | Affidavit in Support<br>*THIRD PARTY/OF DETERMINATION OF HOMESTEAD* | *Index # 24* |
| 02/24/2024 | Order to Progress Case | *Index # 25* |
| 02/26/2024 | Death Certificate - Copy | *Index # 26* |
| 02/26/2024 | Notice of Filing:<br>*Birth Certificate Copy* | *Index # 29* |
| 02/27/2024 | Death Certificate<br>*DARYL HURSTON (ORIGINAL)* | *Index # 27* |
| 02/27/2024 | Letter of Correspondence | *Index # 28* |
| 02/29/2024 | Copy of:<br>*2023 Real Estate Property Taxes* | *Index # 30* |
| 02/29/2024 | Copy of:<br>*2021 Real Estate Property Taxes* | *Index # 31* |
| 02/29/2024 | Copy of:<br>*2022 Real Estate Property Taxes* | *Index # 32* |
| 03/04/2024 | Paid Funeral Bill | *Index # 33* |
| 03/06/2024 | Checklists and Certification<br>*- Determination of Homestead (Summary)* | *Index # 34* |
| 03/06/2024 | Checklists and Certification<br>*-Summary Administration -Intestate* | *Index # 35* |
| 03/06/2024 | Objection:<br>*TO SUMMARY ADMISINSTRATION* | *Index # 36* |
| 03/12/2024 | Notice of Hearing-<br>*03-25-2024 at 11:00 AM* | *Index # 38* |
| 03/25/2024 | **Special Appointment** (11:00 AM) (Judicial Officer: Fernandez, Jose L)<br>*Motion for Summary Administration* | |
| 03/28/2024 | Motion to Withdraw | *Index # 39* |
| 03/31/2024 | Order of Dismissal | *Vol./Book 34159,<br>Page 3686, 2 pages<br>Instrument #<br>20240244848<br>Index # 40* |
| 03/31/2024 | SRS Disposed by Judge (Case Status Closed) | *Index # 41* |

*Printed on 02/03/2026 at 2:15 PM*

# CASE SUMMARY
## CASE NO. 2023-002943-CP-02

| | | |
|---|---|---|
| 03/31/2024 | Order:<br>*ON MOTION TO WITHDRAW APPEARANCE AS COUNSEL* | *Index # 42* |
| 04/16/2024 | Order Vacating Order of Dismissal<br>*AND REOPENING CASE* | *Vol./Book 34182,<br>Page 2666, 2 pages<br>Instrument #<br>20240289880<br>Index # 43* |
| 05/13/2024 | Order to Progress Case | *Index # 44* |
| 05/28/2024 | Letter of Correspondence | *Index # 46* |
| 06/04/2024 | Order of Dismissal | *Vol./Book 34255,<br>Page 4973, 2 pages<br>Instrument #<br>20240424988<br>Index # 45* |
| 06/18/2024 | Petition to Reopen | *Index # 47* |
| 06/18/2024 | Notice of Filing:<br>*NOTICE OF SETTLEMENT AGREEMENT* | *Index # 48* |
| 06/25/2024 | Order for Reinstatement of Case Probate | *Vol./Book 34286,<br>Page 3668, 2 pages<br>Instrument #<br>20240481385<br>Index # 49* |
| 07/01/2024 | Notice of Related Cases | *Index # 50* |
| 07/01/2024 | Checklists and Certification<br>*-DETERMINATION OF HOMESTEAD (SUMMARY)* | *Index # 51* |
| 07/01/2024 | Checklists and Certification<br>*-SUMMARY ADMINISTRATION-INTESTATE* | *Index # 52* |
| 07/03/2024 | Affidavit of Heirs | *Index # 53* |
| 07/03/2024 | Checklists and Certification | *Index # 54* |
| 08/13/2024 | Order Determining Homestead | *Vol./Book 34361,<br>Page 2069, 3 pages<br>Instrument #<br>20240619065<br>Index # 55* |
| 08/13/2024 | Attachment and/or Exhibit to Order | *Index # 56* |
| 08/13/2024 | Attachment and/or Exhibit to Order | *Index # 57* |
| 08/13/2024 | Attachment and/or Exhibit to Order | *Index # 58* |
| 08/13/2024 | Order of Summary Administration<br>*FINAL* | *Vol./Book 34361,<br>Page 2084, 2 pages<br>Instrument #* |

*Printed on 02/03/2026 at 2:15 PM*

# CASE SUMMARY
## CASE NO. 2023-002943-CP-02

|  |  | *20240619076* |
|---|---|---|
|  |  | *Index # 59* |
| 08/13/2024 | Attachment and/or Exhibit to Order | *Index # 60* |
| 08/13/2024 | Attachment and/or Exhibit to Order | *Index # 61* |
| 08/13/2024 | Attachment and/or Exhibit to Order | *Index # 62* |
| 08/14/2024 | SRS Disposed by Judge (Case Status Closed) | *Index # 63* |
| 12/31/2024 | Notice of Appeal<br>*RETRIEVED FROM 3DCA ON 12/31/2024* | *Index # 64* |
| 12/31/2024 | Acknowledgement of New Case<br>*3D2024-2331* | *Index # 65* |
| 01/03/2025 | Notice:<br>*& REQUEST TO FILE BELATED APPEAL FOR EXPLOTATION OF ELDERLY, FRAUD, IMPROPER DISTRIBUTION* | *Index # 66* |
| 01/16/2025 | Letter of Correspondence<br>*FROM DOYLE L. HEARD FOR JUDGE TO TAKE JUDICIAL NOTICE* | *Index # 67* |
| 02/05/2025 | Petition for Subsequent Administration (PJ) | *Index # 69* |
| 02/12/2025 | Copy of:<br>*ORDER FROM 3DCA APPEAL DISMISSED DATED 02/074/2025 CASE 3D2024-2331* | *Index # 68* |
| 03/03/2025 | Letter of Correspondence<br>*FROM DOYLE HEARD* | *Index # 70* |
| 03/18/2025 | Letter of Correspondence | *Index # 71* |

| DATE | FINANCIAL INFORMATION |
|---|---|

**Petitioner**  Parker, Lucy
Total Charges                                                         401.00
Total Payments and Credits                                           401.00
**Balance Due as of  02/03/2026**                                      **0.00**

*Printed on 02/03/2026 at 2:15 PM*

IN THE CIRCUIT COURT
OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI/DADE COUNTY, FLORIDA

RE: THE ESTATE OF DARYL HURSTON,

CASE NO.:

BENEFICIARY: DOYLE L. HEARD

_____/

## BENEFICIARY REQUEST FOR COURT
## TO APPOINT PROBATE COUNSEL

The Decedent was my Nephew, who passed without leaving a Will. My sister and I are shared beneficiary to my Nephew Daryl's Estate. Earlier, I filed a Motion Requesting "Caveat Proceedings"; in which, I mistakenly requested this Court to appoint, an Ad Litem to protect my interest in Daryl's Estate affairs. I understand, an Ad Litem was/is not an appropriate request in my case.

May I request counsel, an attorney with Probate Experience be appointed on my behalf to, as requested before, protect my personal interest with regards to the Estate of my Nephew, Daryl Hurston.

**Done and Requested**, this 7th day of December, 2023.

Respectfully Requested,

/S/ _Doyle L. Heard_
Doyle L. Heard-AKA-Doye
D.C. # 079390

1

## WRITTEN VERIFICATION UNDER PENALTY OF PERJURY
## PER FLORIDA STATUTE 92.525(2), (2011).

**I DECLARE** that I have read the foregoing Beneficiary Request for Court to Appoint Probate Counsel and that the facts and matters stated in it are true, done on this 7th day of December, 2023.

/S/ _Doyle L. Heard_

Doyle L. Heard-AKA-Doye
D. C. # 079390

2



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL  32399-2300**

**Joshua E. Doyle**
**Executive Director**

**850/561-5600**
**www.floridabar.org**

December 30, 2024

Mr. Doyle L. Heard, #079390
Jefferson Correctional Institution
1050 Big Joe Road
Monticello, FL 32344

Re: Rashad A Taylor; RFA No.  25-6394

Dear Mr. Heard:

Your correspondence regarding the above-named attorney has been referred to me for review.  The Florida Bar is the licensing agency for attorneys admitted to practice law in the State of Florida.  The Florida Bar regulates attorney conduct and if disciplinary action is warranted, it is taken against the attorney's license to practice law.

The matters upon which your allegations are premised present questions of law and involve a dispute over which a court has jurisdiction.  In the event the proper tribunal enters a finding or order which supports your allegations concerning the attorney in this regard, you may resubmit your complaint along with a copy of such findings or order for consideration.

This determination does not preclude you however, from consulting a private attorney and/or exercising any legal remedies which may be available to you.

In light of the foregoing, this file has been closed effective December 30, 2024. Pursuant to the Bar's records retention schedule, the computer record and file of this matter will be disposed of one year from the date of closure.

Sincerely,

Annemarie Craft, Bar Counsel
Attorney Consumer Assistance Program
ACAP Hotline 866-352-0707

cc:    Rashad A Taylor (with enclosure)



Office : 305-705-266
Call : 305-934-7321
Fax : 305-974-4128
Rashadtaylorlaw@gmail.com

LAW OFFICE ATTORNEY AT LAW

www.Rashadtaylorslaw.com

December 19th, 2024

Doyle Heard

Dear Mr. Heard:

First and foremost, happy holidays.  Please find enclosed the receipt for the money order and post office tracking for your sister's money order I sent out today.  Unfortunately, your sister does not have any electronic forms of payment available, so I had to take time out to go to the post office and mail it to her.

As for being "sketchy," I have no idea what that means.  I have answered every email and done as you requested at every turn.  I have not even charged my full rate.  The reason my mother hasn't received your gift is because I told her I would not send hers (even though she has Zelle) until your sister got hers. At some point, you are going to have to trust me.

Regardless, again Happy Holidays.


Respectfully,

s/

Rashad Taylor, Esq.


Please note our new contact information:

11820 Miramar parkway, Suite 220

Miramar, Fl. 33025

305.934.7321


PS.  My mother says Thank you!!  Also, I will be out of the office for the next two weeks or so for the

Holidays)


16831 NE 15th Avenue · North Miami Beach, Fl 33162

Filing # 204646761 E-Filed 08/13/2024 07:28:40 PM

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO: 2023-002943-CP-02
SECTION: PMH06
JUDGE: Jose Fernandez

**IN RE: Hurston, Daryl**

Decedent

_____/

## FINAL ORDER OF SUMMARY ADMINISTRATION

### DOCKET INDEX NUMBER_____14_____

On the Petition of Cassandra Clemons for Summary Administration of the estate of Daryl Hurston, deceased, and the Court finding that the Decedent died on March 13th, 2023; that all interested persons have been served proper notice of the petition and hearing or have waived notice thereof; that the material allegations of the petition are true; and that the decedent's estate qualifies for summary administration and an Order of Summary Administration should be entered, it is

**ORDERED AND ADJUDGED** as follows:

1. There be immediate distribution of the assets of the decedent as follows:

   a. N/A

2. Those to whom specified assets of the decedent's estate are distributed by this order have the right to receive and collect those assets and to maintain actions to enforce their rights.

3. Debtors of the decedent, those holding property of the decedent, and those with who securities or other property of the decedent are registered, are authorized and directed to comply with this order by paying, delivering or transferring to the beneficiaries specified above the parts of the decedent's estate distributed to them by this order, and the persons so paying, delivering or transferring shall not be accountable to anyone else for the property.

Case No: 2023-002943-CP-02                                                                 Page 1 of 2

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this <u>13th day of August, 2024</u>.

<u>2023-002943-CP-02 08-13-2024 7:20 PM</u>
Hon. Jose Fernandez

**CIRCUIT COURT JUDGE**
Electronically Signed

---

Final Order as to All Parties SRS #: 2 (Disposed by Judge)

THE COURT DISMISSES THIS CASE AGAINST ANY PARTY NOT LISTED IN THIS FINAL ORDER OR PREVIOUS ORDER(S). THIS CASE IS CLOSED AS TO ALL PARTIES.

---

**Electronically Served:**
Rashad Taylor, rashadtaylorlaw@gmail.com

**Physically Served:**

Case No: 2023-002943-CP-02

Filing # 204646758 E-Filed 08/13/2024 07:28:37 PM

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO: 2023-002943-CP-02
SECTION: PMH06
JUDGE: Jose Fernandez

**IN RE: Hurston, Daryl**

Decedent

_____/

## ORDER DETERMINING HOMESTEAD

### DOCKET INDEX NUMBER        20

(intestate lineal descendants, no spouse-exempt from claims)

On the Petition of Cassandra Clemons for an Order Determining Homestead Status of Real Property (the "Property"), all interested persons having been served proper notice of the petition and hearing, or waving notice thereof, the court finds that:

1. The decedent died intestate and was domiciled in Miami-Dade County.

2. The decedent was not survived by a spouse.

3. The decedent was survived by one or more descendants, to wit:

   a. Lucy Parker, Aunt

   b. Adrienne Clemons, Niece

   c. Cassandra Clemons, Sister

   d. Doyle Heard, Uncle

4. The Decedent did not leave behind any will or document devising his homestead property.

5. At the time of death, the decedent owned and resided on the real property described in the

Case No: 2023-002943-CP-02

Page 1 of 3

petition, it is

6. The listed descendants have all agreed to split the property equally per a settlement agreement in which the maternal heirs (Parker and Heard) and the paternal heirs (Clemons and Clemons) resolve all of their claims for the property.

**ORDERED AND ADJUDGED** that the following-described Property

4211 NW 11th Avenue., Miami, Fl. 33127

Legal Description:

Lot 1, of Block 5 of DURHAM VILLAGE Subdivision, according to the Plat thereof, Recorded in Plat Book 41, at Page 59 of the Public Records of Miami-Dade County

01-3123-007-0470

Constituted the homestead of the decedent within the meaning of Section 4 of Article X of the Constitution of the State of Florida.

ADJUDGED FURTHER that title to the Property descended to, as of the decedent's date of death, and the constitutional exemption from claims of the decedent's creditors inured to the following descendants:

| | |
|---|---|
| Cassandra Clemons | 25% |
| Lucy Parker | 25% |
| Doyle Heard | 25% |
| Adrienne Clemons | 25% |

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this 13th day of August, 2024.

2023-002943-CP-02 08-13-2024 7:19 PM
Hon. Jose Fernandez

**CIRCUIT COURT JUDGE**
Electronically Signed

No Further Judicial Action Required on **THIS MOTION**

CLERK TO **RECLOSE** CASE IF POST JUDGMENT

**Electronically Served:**
Rashad Taylor, rashadtaylorlaw@gmail.com

**Physically Served:**

Case No: 2023-002943-CP-02

Page 3 of 3

IN THE CIRCUIT COURT FOR MIAMI-DADE COUNTY

FLORIDA, ELEVENTH JUDICIAL CIRCUIT

IN RE: HURSTON, DARYL,

    ESTATE-DECEASED,

DOYLE L. HEARD,              Case No.: 2023-002943-CP-02

       BENEFICIARY.           Section: PMH06

                              Judge: Jose Fernandez

_____/

## NOTICE AND REQUEST TO FILE BELATED APPEAL FOR EXPLOITATION OF ELDERLY, FRAUD, IMPROPER DISTRIBUTION

COMES NOW, Doyle L. Heard, a senior citizen and beneficiary In Re: Hurston, Daryl's Estate, Case No.: 2023-002943-CP-02, determined judicially (summarily) before Hon. Circuit Court Judge Jose Fernandez, pursuant to the authority of Florida Statute(s) Section(s) 732.5165, 733.609, 733.812, and Fla. Stat. Section(s) 825.103, 825.1035 do hereby move and petition for this Honorable Court for a Belated Appeal for Exploitation of the Elderly and to make void Special Power of Attorney filed August 20th, 2024.

## STATEMENT IN SUPPORT OF BELATED APPEAL

The alleged Attorney, Rashad Taylor, FL. Bar No.: 87966, of 11820 Miramar Parkway, Suite 220, Miramar, Florida 33025, for the Estate of Daryl Hurston, probate, did act contrary to the laws and statutes of the State of Florida by abuse of Power and Representatives status improperly distributing alleged payment(s), exercise of power, committing fraud and exploitation of elderly by and through the trust and bad faith resolution of the aforementioned estate proceedings for cause(s) unknown and unauthorized by the beneficiaries of the estate.

This matter was decided, determined and closed without consideration, participation and knowledge of the beneficiary(s)/Descendant(s), to wit: Doyle Heard, uncle and Lucy Parker, aunt. The distribution or payment(s) from the estate were not properly exercised in accordance with the law(s) governing and protecting the interest of descendant(s) who are/were vulnerable to exploitation of elderly.

The properties, assets and proceeds or dividence to the detriment, injury, harm to the trust and faith of the

## CONCLUSION

WHEREFORE, the Movant/Petitioner prays for Belated Review by the Appellate District Court of the State of Florida and Appropriate Appellate and other action, proceedings be used/exercised to correct/rectify the unjust disposition and injunctions issued against participants/party(s) responsible, on this 20th day of December, 2024. It is so prayed.

Respectfully Submitted,

Doyle L. Heard, DC#079390
Jefferson Correctional Institution
1050 Big Joe Road
Monticello, Florida 32344

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing notice and request to file Belated Appeal has been furnished and supplied via U.S. Mail to: Rashad Taylor, FL. Bar No.: 87966, at 11820 Miramar Parkway, Suite 220, Miramar, Florida 33025 on this 20th day of December, 2024.

Doyle L. Heard, DC#079390

4

IN THE THIRD DISTRICT COURT OF APPEAL

STATE OF FLORIDA

IN RE: HURSTON, DARYL,

    ESTATE-DECEASED,

DOYLE L. HEARD,   Appeal Case No.: To Be Designated

       BENEFICIARY.  L.T. Case No.: 2023-002943-CP-02

                    Section: PMH06

                    Judge: Jose Fernandez

_____/

## NOTICE AND REQUEST TO FILE BELATED APPEAL FOR EXPLOITATION OF ELDERLY, FRAUD, IMPROPER DISTRIBUTION

COMES NOW, Doyle L. Heard, a senior citizen and beneficiary In Re: Hurston, Daryl's Estate, Case No.: 2023-002943-CP-02, determined judicially (summarily) before Hon. Circuit Court Judge Jose Fernandez, pursuant to the authority of Florida Statute(s) Section(s) 732.5165, 733.609, 733.812, and Fla. Stat. Section(s) 825.103, 825.1035 do hereby move and petition for this Honorable Court for a Belated Appeal for Exploitation of the Elderly and to make void Special Power of Attorney filed August 20th, 2024.

## STATEMENT IN SUPPORT OF BELATED APPEAL

The alleged Attorney, Rashad Taylor, FL. Bar No.: 87966, of 11820 Miramar Parkway, Suite 220, Miramar, Florida 33025, for the Estate of Daryl Hurston, probate, did act contrary to the laws and statutes of the State of Florida by abuse of Power and Representatives status improperly distributing alleged payment(s), exercise of power, committing fraud and exploitation of elderly by and through the trust and bad faith resolution of the aforementioned estate proceedings for cause(s) unknown and unauthorized by the beneficiaries of the estate.

This matter was decided, determined and closed without consideration, participation and knowledge of the beneficiary(s)/Descendant(s), to wit: Doyle Heard, uncle and Lucy Parker, aunt. The distribution or payment(s) from the estate were not properly exercised in accordance with the law(s) governing and protecting the interest of descendant(s) who are/were vulnerable to exploitation of elderly.

The properties, assets and proceeds or dividence to the detriment, injury, harm to the trust and faith of the

2

beneficiary(s)/Descendant(s) to the estate of the deceased Daryl Hurston.

The beneficiary(s) were not given accounting statements, kept abreast of proceedings, notified of any accounting changes and/or adjustments nor of the date(s) the estate's probate proceeding(s) were closed, terminated and finalized in accordance with the governing Florida Statutes section(s) 5.240, & 733.608, etc., thus-hence, this Notice to File Belated Appellate Review and to commence appropriate action against all party(s), person(s), actor(s) in the improper exercise of power, distribution, fraud, and exploitation of the elderly as the beneficiary(s) are over sixty-five (65) years of age and have suffered egregious advantage taking, no funds were placed in the escrow as beneficiary requested, real property was sold, proceeds, distributions or payment(s) are officially unknown, unauthorized and unfaithfully disposed.

3

## CONCLUSION

WHEREFORE, the Movant/Petitioner prays for Belated Review by the Appellate District Court of the State of Florida and Appropriate Appellate and other action, proceedings be used/exercised to correct/rectify the unjust disposition and injunctions issued against participants/party(s) responsible, on this 20th day of December, 2024. It is so prayed.

Respectfully Submitted,

_____
Doyle L. Heard, DC#079390
Jefferson Correctional Institution
1050 Big Joe Road
Monticello, Florida 32344

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing notice and request to file Belated Appeal has been furnished and supplied via U.S. Mail to: Rashad Taylor, FL. Bar No.: 87966, at 11820 Miramar Parkway, Suite 220, Miramar, Florida 33025 on this 20th day of December, 2024.

_____
Doyle L. Heard, DC#079390

4

IN THE DISTRICT COURT OF

APPEAL

OF FLORIDA

THIRD DISTRICT

February 7, 2025

Doyle L. Heard,

**3D2024-2331**

    Appellant(s),

Trial Court Case No. 23-2943-CP-02

v.

In Re: Daryl Hurston,

    Appellee(s).

    Upon the Court's own motion, it is ordered that the above-styled appeal is hereby dismissed.

    LOGUE, C.J., and GORDO and LOBREE, JJ., concur.

A True Copy
ATTEST

3D2024-2331 2/7/25 Prieto

Mercedes M. Prieto, Clerk
District Court of Appeal
    Third District



CC:   Miami-Dade Clerk
Hon. Jose L. Fernandez
Doyle L. Heard
Rashad A. Taylor

NS

IN THE DISTRICT COURT OF

APPEAL

OF FLORIDA

THIRD DISTRICT

January 23, 2025

Doyle L. Heard,

**3D2024-2331**

      Appellant(s),

Trial Court Case No. 23-2943-CP-02

v.

In Re: Daryl Hurston,

      Appellee(s).

## CORRECTED ORDER

Following review of the notice of appeal, it is ordered that pro se Appellant is directed to show cause within ten (10) days from the date of this Order why this appeal should not be dismissed as untimely filed. See Fla. R. App. P. 9.110(b) (regarding time for commencing an appeal from a final order); Fla. R. App. P. 9.130(b)(regarding time for commencing an appeal from a non-final order).

A True Copy
ATTEST

3D2024-2331 11/23/25 Prieto

Mercedes M. Prieto, Clerk
District Court of Appeal
Third District



CC:   Doyle L. Heard
Rashad A. Taylor

NS

# Special Power of Attorney

I, Doyle Heard, residing at 1050 Big Joe Road, Monticello, Florida 32344, hereby appoint Rashad Taylor of 11820 Miramar Parkway, Suite 220, Miramar, Florida 33025, as my attorney-in-fact ("Agent") to exercise the powers and discretions described below.

This Power of Attorney is revoked and shall not be effective if I am incapacitated.

However, the preceding sentence shall not have the effect of revoking any powers of attorney that are directly related to my health care that previously have been signed by me.

My Agent shall have full power and authority to act on my behalf but only to the extent permitted by this Special Power of Attorney. My Agent's powers shall include the power to:

1. Sell or convey any interest of mine in real estate located at:

4211 NW 11th Avenue
Miami, Florida
and legally described on the attached Exhibit.
The total sale price must be at least $200,000.00.

This power shall include the power to (i) sell upon such terms as my Agent shall deem appropriate, subject to the limitations (if any) stated above, (ii) sign any documents (including deeds) that may be required to convey title to such property (including changing tenancy regarding right of survivorship), and (iii) collect and receive the proceeds from any such sale.

Doyle Heard initials: _____

I hereby grant to my Agent the full right, power, and authority to do every act, deed, and thing necessary or advisable to be done regarding the above powers, as fully as I could do if personally present and acting.

Any power or authority granted to my Agent under this document shall be limited, to the extent necessary, to prevent this Power of Attorney from causing, (i) my income to be taxable to my Agent, (ii) my assets to be subject to a general power of appointment by my Agent, or (iii) my Agent to have any incidents of ownership with respect to any life insurance policies that I may own on the life of my Agent.

My Agent shall not be liable for any loss that results from a judgment error that was made in good faith. However, my Agent shall be liable for willful misconduct or the failure to act in good faith while acting under the authority of this Power of Attorney. A Successor Agent shall not be liable

for acts of a prior Agent.

My Agent shall be entitled to reasonable compensation for any services provided as my Agent. My Agent shall be entitled to reimbursement of all reasonable expenses incurred as a result of carrying out any provision of this Power of Attorney.

My Agent shall provide an accounting for all funds handled and all acts performed as my Agent as required under state law or upon my request or the request of any authorized personal representative, fiduciary or court of record acting on my behalf.

This Power of Attorney shall become effective immediately. This Power of Attorney shall continue to be effective until October 15, 2024 or until I lack sufficient mental competence to understand and handle my financial and personal affairs. This Power of Attorney may be revoked by me at any time by providing written notice to my Agent.

## [SIGNATURE PAGE FOLLOWS]

Dated _August 23rd, 2024_, at Monticello, Florida.

_____

Doyle Heard

The foregoing power of attorney was, on the date written above, published and declared by Doyle Heard in our presence to be his/her power of attorney. We, in his/her presence and at his/her request, and in the presence of each other, have attested to the same and have signed our names as attesting witnesses.

Witness Signature: _____
    Name: _____
    City: _____
    State: _____

Witness Signature: _____
    Name: _____
    City: _____
    State: _____

STATE OF FLORIDA,
COUNTY OF JEFFERSON, ss:

The foregoing instrument was acknowledged before me, by means of ☑ physical presence or ☐ online notarization, this _26th_ day of _August_, _2024_ by Doyle Heard, who is personally known to me or who has produced _Florida D.O.C. Agency I.D. Card_ as identification.

_____

Signature of person taking acknowledgment

_____

Name typed, printed, or stamped

## WITNESS ATTESTATION

The foregoing power of attorney was, on the date written above, published and declared by Doyle Heard in our presence to be his/her power of attorney. We, in his/her presence and at his/her request, and in the presence of each other, have attested to the same and have signed our names as attesting witnesses.

_____

Name: _____

Address: _____

City, State, ZIP Code: _____, _____ _____

Telephone: _____


_____

Name: _____

Address: _____

City, State, ZIP Code: _____, _____ _____

Telephone: _____

## Notice to Person Executing Power of Attorney:

A Power of Attorney is an important legal document. By signing the Power of Attorney, you are authorizing another person to act for you, the principal. Before you sign this Power of Attorney, you should know these important facts:

Your Agent (attorney-in-fact) has no duty to act unless you and your Agent agree otherwise in writing.

This document gives your Agent the powers to manage, dispose of, sell and convey your real and personal property, and to use your property as security if your Agent borrows money on your behalf, unless you provide otherwise in this Power of Attorney.

Your Agent will have the right to receive reasonable payment for services provided under this Power of Attorney unless you provide otherwise in this Power of Attorney.

The powers you give your Agent will continue to exist for your entire lifetime, unless you state that the Power of Attorney will last for a shorter period of time or unless you otherwise terminate the Power of Attorney. The powers you give your Agent in this Power of Attorney will continue to exist even if you can no longer make your own decisions respecting the management of your property, unless you provide otherwise in this Power of Attorney.

You can change or correct the terms of this Power of Attorney only by executing a new Power of Attorney, or by executing an amendment through the same formalities as an original. You have the right to revoke or terminate this Power of Attorney at any time, so long as you are competent.

This Power of Attorney must be dated and must be acknowledged before a notary public and signed by two witnesses. Both witnesses and the principal must be mentally competent adults, and the witnesses should actually watch the principal sign the Power of Attorney.

You should read this Power of Attorney carefully. When effective, this Power of Attorney will give your Agent the right to deal with property that you now have or might acquire in the future. The Power of Attorney is important to you. If you do not understand the Power of Attorney, or any provision of it, then you should obtain the assistance of an attorney or other qualified person.

**Notice to Person Accepting the Appointment as Attorney-in-Fact:**

By acting or agreeing to act as the Agent (attorney-in-fact) under this Power of Attorney, you assume the fiduciary and other legal responsibilities of an Agent. These responsibilities include:

1.  The legal duty to: act solely in the interest of the principal; act loyally, with care, competence, and diligence; and avoid conflicts of interest.

2.  The legal duty to keep a record of all transactions made on behalf of the principal, including the responsibility to produce receipts, ledgers and other records of all deposits, disbursements or other transactions involving the principal's assets or indebtedness.

3.  To cooperate with the principal's Agent for health care decisions, should the principal appoint such an Agent, in making decisions in accordance with the principal's desires or in the best interest of the principal if the principal's wishes are not known.

4.  The legal duty to preserve the principal's estate plan, if one exists, and the principal's desires for such plan to be preserved.

5.  The legal duty to keep the principal's property separate and distinct from any other property owned or controlled by you.

6.  The legal duty to terminate actions as Agent (Attorney-in-Fact) under this Power of Attorney upon the occurrence of any of the following:

    a.  Principal's death;
    b.  Revocation of the Power of Attorney of principal;
    c.  The arrival of any date stated in the Power of Attorney, which states the termination of the Power of Attorney, if any; or
    d.  No additional action is required under the Power of Attorney.

7.  If you are the spouse of the principal, the Power of Attorney terminates upon legal separation or dissolution of the marriage.

8.  You may be held responsible and liable for any intentional actions which violate or abuse your authority under this Power of Attorney as provided by the state and federal laws governing this Power of Attorney.

9.  You have the right to seek legal advice if you do not understand your duties as Agent or any provisions in the Power of Attorney.

You may not transfer the principal's property to yourself without full and adequate consideration or accept a gift of the principal's property unless this Power of Attorney specifically authorizes you to transfer property to yourself or accept a gift of the principal's property. If you transfer the

principal's property to yourself without specific authorization in the Power of Attorney, you may be prosecuted for fraud and/or embezzlement. If the principal is 65 years of age or older at the time that the property is transferred to you without authority, you may also be prosecuted for elder abuse. In addition to criminal prosecution, you may be sued in civil court.

I have read the foregoing notice and I understand the legal and fiduciary duties that I assume by acting or agreeing to act as the Agent (attorney-in-fact) under the terms of this Power of Attorney.

Date:    9/20/24

Signed:

Rashad Taylor

This document was prepared by:
Rashad Taylor
5205 SW 171 Ave
Miramar, Florida 33027
305.934.7321

Page 8 of 8



7145061

**City of Miami**
Customer Invoice

**Building Department /Demolition Lien**

Send Payment To:
PO Box 71234
Charlotte NC 28272-1234

Page 1 of 1

| INVOICE DATE | INVOICE NUMBER | LIEN NUMBER | NEW CHARGES PAST DUE AFTER | FOLIO NUMBER | DOCUMENT NUMBER | |
|---|---|---|---|---|---|---|
| 25-OCT-24 | 7145061 | 2270 | 24-NOV-24 | 01-3123-007-0470 | | |

| DESCRIPTION | BILLING UNITS | TRANSACTION AMOUNT |
|---|---|---|
| | 21,312.89 | 21,312.89 |
| BUILDING DEPARTMENT /DEMOLITION LIEN | | |
| For online payments, visit: **http://miamigov.com/pay**. | | |

| SERVICE/PROPERTY ADDRESS | CUSTOMER NUMBER | LEGACY REFERENCE | TOTAL AMOUNT DUE | |
|---|---|---|---|---|
| 4211 NW 11 AV | 246994 | 00056948 | $ | 21,312.89 |

## SEE REVERSE SIDE FOR BILLING INQUIRES

⬇ DETACH HERE AND PLEASE RETURN THE BOTTOM PORTION WITH YOUR PAYMENT - RETAIN TOP PORTION AS YOUR RECEIPT ⬇

### City Of Miami
**FINANCE DEPARTMENT, 444 SW 2nd Avenue, Miami, FL 33130**

| CUSTOMER NUMBER | INVOICE NUMBER | TOTAL AMOUNT DUE |
|---|---|---|
| 246994 | 7145061 | 21,312.89 |
| SERVICE/PROPERTY ADDRESS | | NEW CHARGES PAST DUE AFTER |
| 4211 NW 11 AV | | 24-NOV-24 |

☐ MAILING ADDRESS-CHANGE

PAYMENT AMOUNT ENCLOSED

$ [          ] © [    ]



1. Do NOT send cash. Make Check payable to: City of Miami and send to the address above.
2. Restrictive endorsements will NOT be honored.
3. Include account number on face of check or money order.
4. If there are names and/or accounts status changes, make corrections to the right of the typed mailing information and mail your payment along with such changes to: City of Miami, Customer Services, 444 SW 2nd Avenue, Room 636-1, Miami, Florida 33130.

DARYL HURSTON
4211 NW 11 AVE
MIAMI FL 33127-2706



7145061

DO NOT WRITE BELOW THIS LINE

DETACH
BEFORE MAILING

00246994 4 07145061 2 0002131289 6 2

M Gmail

## Fwd: 4211 NW 11 Ave- Invoice

1 message

Harrell, Yvette <YHarrell@miamigov.com>                                    Sat, Oct 26, 2024 at 5:09 PM
To: "rashadtaylorlaw@gmail.com" <rashadtaylorlaw@gmail.com>

Kindest regards,

*Yvette J. Harrell, Esq.*

Chief of Staff

Commissioner Christine King, District 5

City of Miami

3500 Pan American Drive

Miami, FL 33133

305-250-5390

**From:** Morla, Luchi <lmorla@miamigov.com>
**Sent:** Saturday, October 26, 2024 10:16:58 AM
**To:** Harrell, Yvette <YHarrell@miamigov.com>
**Cc:** Rodriguez, Paola <PRodriguez@miamigov.com>; Diaz, Rene <ReDiaz@miamigov.com>; Ramos, Jenny <Jramos@miamigov.com>;
dndrealestateconcierge@gmail.com <dndrealestateconcierge@gmail.com>
**Subject:** 4211 NW 11 Ave- Invoice

Good Morning,

Please see attached invoice. To avoid a delay in processing, payment should be made online at http://miamigov.com/pay, using a credit or debit card.

Keep in mind that paying with a check or e-check takes 14 days to clear.

*Best Regard,*

*Luchi Morla, MBA*

Building Services Assitant IV

City of Miami Unsafe Structures
Division

444 SW 2 Av 1st floor, Miami FL 33130

Telephone:786-774-0469

Office:305-416.1106

lmorla@miamigov.com

**From:** Chardeline Vigne <dndrealestateconcierge@gmail.com>
**Sent:** Friday, October 25, 2024 10:28 AM
**To:** Morla, Luchi <lmorla@miamigov.com>
**Subject:** 4211 NW 11 ave- Invoice

CAUTION: This is an email from an external source. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good morning Ms. Luchi,

I hope all is well. I am requesting the invoice for the above property. I requested it 10/8- it's 10/25, is there any way I can get this invoice today?

We are scheduled to close today!

All we want to do is pay what's owed.

Best,

Chardeline

Invoice no. 7145061.pdf
50K

OMB Approval No 2502-0265



# A. Settlement Statement (HUD-1)

## B. Type of Loan

| 1. ☐ FHA | 2. ☐ RHS | 3. ☐ Conv. Unins. | 6. File No. T24-10003BL | 7. Loan No. | 8. Mortgage Insurance Case No. |
|---|---|---|---|---|---|
| 4. ☐ VA | 5. ☐ Conv Ins. | | | | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name & Address of Borrower: A.A.V Investments, LLC and Advance Technical Construction Company 120 Northwest 42nd Street Miami, FL 33127 | E. Name & Address of Seller: Cassandra Clemons, Lucy E. Parker, Doyle Heard, and Adrienne Clemons 1830 Northwest 119th Street Unit 421 Miami, FL 33167 | F. Name & Address of Lender: James and Elena Howitt TBE 8181 Northwest 154th Street #120 Miami Lakes, FL 33016 |
|---|---|---|
| G. Property Location: 4211 Northwest 11th Avenue Miami, FL 33127 | H. Settlement Agent: Title Now, LLC | I. Settlement Date: 11/04/2024 Funding Date: 11/04/2024 Disbursement Date: 11/04/2024 |
| | Place of Settlement: 440 Northeast 4th Avenue Suite 2 Fort Lauderdale, FL 33301 | |

## J. Summary of Borrower's Transaction

| 100. Gross Amount Due from Borrower | |
|---|---|
| 101. Contract sales price | |
| 102. Personal property | |
| 103. Settlement charges to borrower (line 1400) | |
| 104. | |
| 105. | |
| Adjustment for items paid by seller in advance | |
| 106. City/Town Taxes | |
| 107. County Taxes | |
| 108. Assessments | |
| 109. Non Ad Valorem | |
| 110. | |
| 111. | |
| 112. | |
| 120. Gross Amount Due from Borrower | |
| 200. Amount Paid by or in Behalf of Borrower | |
| 201. Deposit | |
| 202. Principal amount of new loan(s) | |
| 203. Existing loan(s) taken subject to | |
| 204. | |
| 205. | |
| 206. | |
| 207. | |
| 208. | |
| 209. | |
| Adjustments for items unpaid by seller | |
| 210. City/Town Taxes | |
| 211. County Taxes | |
| 212. Assessments | |
| 213. | |
| 214. | |
| 215. | |
| 216. | |
| 217. | |
| 218. | |
| 219. | |
| 220. Total Paid by/for Borrower | |
| 300. Cash at Settlement from/to Borrower | |
| 301. Gross amount due from borrower (line 120) | |
| 302. Less amounts paid by/for borrower (line 220) | |
| 303. Cash ☐ From ☐ To Borrower | |

## K. Summary of Seller's Transaction

| 400. Gross Amount Due to Seller | |
|---|---|
| 401. Contract sales price | $184,000.00 |
| 402. Personal property | |
| 403. | |
| 404. | |
| 405. | |
| Adjustment for items paid by seller in advance | |
| 406. City/Town Taxes | |
| 407. County Taxes 11/04/2024 to 01/01/2025 | $84.68 |
| 408. Assessments | |
| 409. Non Ad Valorem 11/04/2024 to 10/01/2025 | $344.24 |
| 410. | |
| 411. | |
| 412. | |
| 420. Gross Amount Due to Seller | $184,428.92 |
| 500. Reductions In Amount Due to Seller | |
| 501. Excess deposit (see instructions) | |
| 502. Settlement charges to seller (line 1400) | $46,134.96 |
| 503. Existing loan(s) taken subject to | |
| 504. Payoff of First Mortgage Loan | |
| 505. Payoff of Second Mortgage Loan | |
| 506. | |
| 507. | |
| 508. | |
| 509. | |
| Adjustments for items unpaid by seller | |
| 510. City/Town Taxes | |
| 511. County Taxes | |
| 512. Assessments | |
| 513. | |
| 514. | |
| 515. | |
| 516. | |
| 517. | |
| 518. | |
| 519. | |
| 520. Total Reduction Amount Due Seller | $46,134.96 |
| 600. Cash at Settlement to/from Seller | |
| 601. Gross amount due to seller (line 420) | $184,428.92 |
| 602. Less reductions in amounts due seller (line 520) | $46,134.96 |
| 603. Cash ☒ To ☐ From Seller | $138,293.96 |

## L. Settlement Charges

| | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|
| **700. Total Real Estate Broker Fees** | | |
| Division of commission (line 700) as follows : | | |
| 701. $ | | |
| 702. $ | | |
| 703. Commission paid at settlement | | |
| 704. | | |
| **800. Items Payable In Connection with Loan** | | |
| 801. Our origination charge (from GFE #1) | | |
| 802. Your credit or charge (points) for the specific interest rate chosen (from GFE #2) | | |
| 803. Your adjusted origination charges (from GFE #A) | | |
| 804. Appraisal fee (from GFE #3) | | |
| 805. Credit report (from GFE #3) | | |
| 806. Tax service (from GFE #3) | | |
| 807. Flood certification (from GFE #3) | | |
| 808. | | |
| 809. | | |
| 810. | | |
| 811. | | |
| 812. | | |
| **900. Items Required by Lender to be Paid in Advance** | | |
| 901. Daily interest charges (from GFE #10) | | |
| 902. Mortgage insurance premium (from GFE #3) | | |
| 903. Homeowner's insurance (from GFE #11) | | |
| 904. | | |
| **1000. Reserves Deposited with Lender** (from GFE #9) | | |
| 1001. | | |
| 1002. | | |
| 1003. | | |
| 1004. | | |
| 1005. | | |
| 1006. | | |
| 1007. Aggregate Adjustment | | |
| **1100. Title Charges** | | |
| 1101. Title services and lender's title insurance (from GFE #4) | | |
| 1102. Settlement or closing fee to Title Now, LLC (from GFE #5) | | |
| 1103. Owner's title insurance | | |
| 1104. Lender's title insurance | | |
| 1105. Lender's title policy limit | | |
| 1106. Owner's title policy limit | | |
| 1107. Agent's portion of the total title insurance premium | | |
| 1108. Underwriter's portion of the total title insurance premium | | |
| 1109. | | |
| 1110. | | |
| 1111. | | |
| 1112. | | |
| **1200. Government Recording and Transfer Charges** | | |
| 1201. Government recording charges (from GFE #7) | | $25.25 |
| 1202. Deed Mortgage Release $ to Official Records Department (from GFE #8) | | |
| 1203. Transfer taxes | | |
| 1204. City/County tax/stamps Deed $ Mortgage $ | | $1,104.00 |
| 1205. State tax/stamps Deed $1,104.00 Mortgage to Official Records Department | | |
| 1206. | | |
| 1207. DR-312 for Daryl Hurston to Official Records Department $25.25 | | |
| 1208. Intangible Tax (Mortgage) to Official Records Department | | |
| 1209. | | |
| 1210. | | |
| **1300. Additional Settlement Charges** | | |
| 1301. Required services that you can shop for (from GFE #6) | | |
| 1302. | | |
| 1303. | | |
| 1304. Title - Municipal Lien Search to Lien Shield | | $335.00 |
| 1305. Title Search/ Review to Title Now, LLC/ Underwriter | | $200.00 |
| 1306. Wire Fees to Title Now, LLC | | $140.00 |
| 1307. FedEx/Courier to Title Now, LLC | | $20.00 |
| 1308. Settlement Fee to Title Now, LLC | | $795.00 |
| 1309. Wire Verification to Title Now, LLC | | $50.00 |
| 1310. 2023 Taxes DUE (through October 31, 2024) to Miami-Dade County Tax Collector | | $1,088.47 |
| 1311. Outstanding Utility Balance (Account #3619920576) to Miami Dade Public Works | | $42.00 |
| 1312. Utility Lien (Account #3619920576) to Miami Dade Public Works | | $3,371.44 |
| 1313. Probate Attorney Invoice to Law Office of Rashad Taylor | | $12,500.00 |

**Signature Addendum**

_____    Date        _____    Date
Cassandra Clemons                                   Lucy E. Parker


_____    Date        _____    Date
Doyle Heard by Rashad Taylor, his Attorney-In-Fact              Adrienne Clemons


The HUD-1 settlement statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement

_____    Date
Settlement Agent

Docusign Envelope ID: BEF80A2B-67B9-4C85-8513-C5E97E4582EA

## Addendum to Contract

Addendum No. __2__ to the Contract with the Effective Date of ___10/26/2024___ between

___Daryl Hurston___ (Seller)

and ___D&D Real Estate Concierge, LLC___ (Buyer)

concerning the property described as: ___4211 NW 11 avenue, FL 33127___

(the "Contract"). Seller and Buyer make the following terms and conditions part of the Contract:

Seller agree to reduce property purchase price to $184,000 due to city lien.

Buyer: _____ Date: ___10/20/2024___

Seller: ___Signed by: Kill g/zyha as POA for Dyle hlesnel___ Date: ___10/27/2024___

Seller: ___adrienne Clemons___ Date: ___10/27/2024___

Seller: ___Cassandra Clemons___ Date: ___10/27/2024___

___lucy Parker___

IN THE CIRCUIT COURT FOR MIAMI-DADE COUNTY
FLORIDA, ELEVENTH JUDICIAL CIRCUIT

IN RE: HURSTON, DARYL,

   ESTATE-DECEASED,

   DOYLE L. HEARD,                Case No.: 2023-002943-CP-02

      BENEFICIARY.               Section: PMH06

                                 Judge: Jose Fernandez

v.

Rashad Taylor, Esq.

FL. Bar #87966

_____/

## PETITION FOR SUBSEQUENT ADMINISTRATION PURSUANT TO FLORIDA RULES OF PROBATE 5.460

COMES NOW, Doyle L. Heard, a senior citizen and beneficiary In Re: Hurston, Daryl's Estate, Case No.: 2023-002943-CP-02, determined judicially (summarily) before Hon. Circuit Court Judge Jose Fernandez, pursuant to the authority of Florida Probate Rule 5.460 and Fla. Stat. Section(s) 732.5165, 733.609, 733.812, and Fla. Stat. Section(s) 825.103, 825.1035 do hereby move and petition for this Honorable Court for a Belated Appeal for Exploitation of the

Elderly and to make void Special Power of Attorney filed August 20th, 2024.

### STATEMENT IN SUPPORT OF BELATED APPEAL

The alleged Attorney, Rashad Taylor, FL. Bar No.: 87966, of 11820 Miramar Parkway, Suite 220, Miramar, Florida 33025, for the Estate of Daryl Hurston, probate, did act contrary to the laws and statutes of the State of Florida by abuse of Power and Representatives status improperly distributing alleged payment(s), exercise of power, committing fraud and exploitation of elderly by and through the trust and bad faith resolution of the aforementioned estate proceedings for cause(s) unknown and unauthorized by the beneficiaries of the estate.

This matter was decided, determined and closed without consideration, participation and knowledge of the beneficiary(s)/Descendant(s), to wit: Doyle Heard, uncle and Lucy Parker, aunt. The distribution or payment(s) from the estate were not properly exercised in accordance with the law(s) governing and protecting the interest of descendant(s) who are/were vulnerable to exploitation of elderly.

2

The properties, assets and proceeds or dividence to the detriment, injury, harm to the trust and faith of the beneficiary(s)/Descendant(s) to the estate of the deceased Daryl Hurston.

The beneficiary(s) were not given accounting statements, kept abreast of proceedings, notified of any accounting changes and/or adjustments nor of the date(s) the estate's probate proceeding(s) were closed, terminated and finalized in accordance with the governing Florida Probate Rules 5.240 & 5.460, and Fla. Statutes Section 733.608, etc., thus-hence, this Notice to File Belated Appellate Review and to commence appropriate action against all party(s), person(s), actor(s) in the improper exercise of power, distribution, fraud, and exploitation of the elderly as the beneficiary(s) are over sixty-five (65) years of age and have suffered egregious advantage taking, no funds were placed in the escrow as beneficiary requested, real property was sold, proceeds, distributions or payment(s) are officially unknown, unauthorized and unfaithfully disposed.

3

## CONCLUSION

WHEREFORE, the Movant/Petitioner prays for Belated Review by the Appellate District Court of the State of Florida and Appropriate Appellate and other action, proceedings be used/exercised to correct/rectify the unjust disposition and injunctions issued against participants/party(s) responsible, on this ____ day of _____, 2025. It is so prayed.

## VERIFICATION

"Under penalties of perjury, I declare that I have read the foregoing and the facts alleged are true and to the best of my knowledge and belief."

Respectfully Submitted,

_____
Doyle L. Heard, DC#079390
Jefferson Correctional Institution
1050 Big Joe Road
Monticello, Florida 32344

4

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing notice and request to file Belated Appeal has been furnished and supplied via U.S. Mail to: Rashad Taylor, FL. Bar No.: 87966, at 11820 Miramar Parkway, Suite 220, Miramar, Florida 33025 on this ____ day of _____, 2025.

_____

Doyle L. Heard, DC#079390

5